PER CURIAM.
Affirmed. See McCall v. State, 862 So.2d 807 (Fla. 2d DCA 2003); Cook v. State, 816 So.2d 773 (Fla. 2d DCA 2002); Wright v. State, 834 So.2d 879 (Fla. 3d DCA 2002); LaMar v. State, 823 So.2d 231 (Fla. 4th DCA 2002); Middleton v. State, 721 So.2d 792 (Fla. 3d DCA 1998). As this court did in McCall, we certify direct conflict with Richardson v. State, — So.2d -, 28 Fla. L. Weekly D1716 (Fla. 4th DCA July 23, 2003).
Affirmed; conflict certified.
WHATLEY, SALCINES, and STRINGER, JJ., concur.